# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

February 6, 2026

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 21.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         February 9, 2026

Re: Scullark v. Association for Mentally Ill Children of Westchester, Inc.
    Case No. 25-CV-07249 (PMH)
    Motion for Extension of Time

Dear Judge Halpern:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the February 6, 2026 deadline for the parties to file any necessary papers concerning resolution with the Court. This request is being made because some additional time is needed for the parties to finalize the paperwork. One prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

cc:    **Defense Counsel via ECF**

1