# Abdul Hassan Law
## 215-28 Hillsid[e]
## Queens Village, Ne[w]

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

**March 10, 2[026]**

Application granted. The Parties shall comply with this Court's 12/22/25 Order (Doc. 17) by no later than March 24, 2026. No further extensions will be granted.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 25.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 11, 2026

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

<u>Re:</u> **Scullark v. Association for Mentally Ill Children of Westchester, Inc.**
**Case No. 25-CV-07249 (PMH)**
**Motion for Extension of Time**

Dear Judge Halpern:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the March 10, 2026 deadline for the parties to comply with the Court's December 22, 2025 order to March 24, 2026 This request is being made because some additional time is needed for the parties to confer.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

cc:      **Defense Counsel via ECF**

1