# Abdul Hassan La

## 215-28 Hillsi

## Queens Village, N

In light of counsel's representations in Doc. 31 concerning additional discussions with the mediator, the Court will grant the Parties' joint application. The Parties shall, no later than April 27, 2026, file either: agreed-upon settlement papers together with a Cheeks fairness letter; or a judgment in accordance with Rule 68.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 31.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 25, 2026

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

**March 24**

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>**Scullark v. Association for Mentally Ill Children of Westchester, Inc.**</u>
    **Case No. 25-CV-07249 (PMH)**
    **Motion for Extension of Time**

Dear Judge Halpern:

My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of both sides to request a 30-day extension of the March 24, 2026, deadline set forth in your Honor's March 12, 2026, order. The Court mentioned in that order that there would be no further extensions, but a material development has occurred that the Court may find sufficient to grant an extension.

In this regard, since the last request, the parties have re-engaged and met with the mediator on March 23, 2026, in an attempt to resolve the issues previously raised with the Court - the parties and the mediator feel that the additional time would be helpful in attempting to finally resolve these issues. We intend to confer with the mediator further.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

cc:    **Defense Counsel via ECF**

1