UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SCULLARK,

               Plaintiff,

         -against-

ASSOCIATION FOR MENTALLY ILL
CHILDREN OF WESTCHESTER, INC.,

              Defendant.

**ORDER**

25-CV-07249 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 12, 2025, the Court granted Defendant's letter motion for a pre-motion conference regarding Defendant's anticipated motion to dismiss, and set the pre-motion telephonic conference for December 22, 2025. (Doc. 14). On December 20, 2025, the Court was informed that the parties reached a settlement in principle in this case. (Doc. 16). Accordingly, on December 22, 2025, the Court issued an Order, dismissing any pending motions and canceling all conferences, including the December 22, 2025 pre-motion conference. (Doc. 17). In the same Order, the Court directed the Parties to file, by January 23, 2026, either: (i) a joint *Cheeks* submission and fully executed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. (*Id.*).

Following multiple extension requests by the Parties, which the Court granted (*see* Docs. 20, 22, 24), the Parties, on March 10, 2026, jointly requested another extension (Doc. 25). The Court, by Order dated March 12, 2026, granted this request, but noted that no further extensions would be granted. (*See* Doc. 26). The Parties, despite this warning, requested another extension of time to comply with the Court's December 22, 2025 Order. (Doc. 33). The Court, upon review of the request and based on the counsel's representations concerning additional discussions with the

1

mediator, granted the Parties' joint application, extending their time to comply with the Court's December 22, 2025 Order to April 27, 2026. (Doc. 35).

On April 27, 2026, the Parties once again requested an extension of time to comply with the Court's Order. (Doc. 35). The Court, by Order dated April 28, 2026, denied this application. There has been no activity on the docket since then.

Accordingly, and in light of the procedural history of this case, the Court directs the following: i) the Parties shall appear on June 15, 2026 at 3:30 p.m., telephonically, at a pre-motion conference for Defendant's anticipated motion to dismiss; and ii) the Parties shall file, no later than June 8, 2026, a joint status letter updating the Court on the status of this case. The Parties shall use the same dial-in instructions as detailed in Doc. 14.

**SO ORDERED.**

Dated: White Plains, New York
      May 29, 2026

_____
PHILIP M. HALPERN
United States District Judge

2