**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| David Scullark,<br><br>                          Plaintiff,<br><br>          -v-<br><br>Association for Mentally Ill Children of Westchester, Inc.,<br><br>                          Defendant. | **Civ. Action #: 25-CV-07249 (PMH)(VR)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 8, 2026; and Defendant Association for Mentally Ill Children of Westchester, Inc., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff David Scullark in the amount of $60,000.00;

ORDERED and ADJUDGED that judgment is entered in favor of David Scullark and against Defendant Association for Mentally Ill Children of Westchester, Inc., in the amount of $60,000.00.

**Dated: June 8 , 2026**
**White Plains, New York**

_____
  *Hon. Philip M. Halpern*
  *United States District Judge*